THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM N. VAN ALSTINE, Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER GALVIN et al., Respondents, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERTHA KRAUSE, Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE J. RIOUX, JR., Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CASCADE REALTY CO., INC., Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al. Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. COHOES REALTY CORP., Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN SCHAICK ISLAND COUNTRY CLUB, INC., Respondent, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM E. HULL et al., Respondents, against JOSEPH DZIAMBA et al., as Assessors of the City of Cohoes, et al., Appellants.— Relators in these proceedings have invoked the writ of certiorari to reduce assessments on their properties in the city of Cohoes. After the issuance of the writ the Special Term of the Supreme Court appointed referees to take the testimony and report back to him. From those orders the Assessors of the City of Cohoes have appealed to this court. The orders are not appealable. The appeals are therefore dismissed. All concur.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. RALPH J. BUCKLEY et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals and the court hereby certifies the following question: " Is the determination of the Industrial Board on the issue of decedent's employment res judicata as to the defendants in this action ? " All concur. [See ante, p. 603.]

GALUSHA G. MACNAMARA et al., Appellants, v. ARCHIBALD N. DOUBLEDAY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. All concur. [See ante, p. 645.]

In the Matter of the Claim of JOHN HUMBERT, Respondent, against AMERICAN BANK NOTE Co., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 966.]

In the Matter of the Claim by Special Funds, under Subdivisions 8 and 9 of Section 15 and Section 25-a of the Workmen's Compensation Law, for Benefits on Account of the Death of LILLIAN FRESHLER, Respondent, against GRUMMAN AIRCRAFT ENGINEERING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 967.]